UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>SACRAMENTO COUNTY SHERIFF'S OFFICE, et al.,<br><br>          Defendants. | No.  2:24-cv-2412 DAD CSK P<br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983.  On September 12, 2024, plaintiff was ordered to file, within thirty days, an in forma pauperis affidavit and certified copy of his inmate trust account statement or pay the Court's filing fee.  (ECF No. 3.)  Thirty days passed, and plaintiff did not respond to the order.  On November 4, 2024, the Court recommended that this action be dismissed because plaintiff failed to file an in forma pauperis affidavit and certified copy of his inmate trust account statement or pay the Court's filing fee.  (ECF  No. 5.)  On November 18, 2024, plaintiff filed an application to proceed in forma pauperis.  (ECF No. 6.)  However, the certificate portion of the application which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

Therefore, the findings and recommendations are vacated, and plaintiff is provided the opportunity to submit a <u>completed</u> in forma pauperis application and a certified trust account statement in support of the application. Plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 5) are vacated.
2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the application to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint.
3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.
4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: November 21, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/john2412.3c+.new